NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1049

KEITH RUSSELL JUDD,

Petitioner-Appellant,

v.

FRANCISCO J. QUINTANA, Deputy Warden,
and KEITH ROY, Warden,

Respondents-Appellees.

Appeal from the United States District Court for the Eastern District of Texas
in case no. 07-CV-0926, Judge Ron Clark.

ON MOTION

Before SCHALL, Circuit Judge.

## ORDER

Upon consideration of Keith Russell Judd's motions for leave to proceed in forma pauperis and to reinstate this appeal,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK

cc:   Keith Russell Judd

s8